# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 21-1830
_____

Sarah K. Molina; Christina Vogel; Peter Groce

Plaintiffs - Appellees

v.

City of St. Louis, Missouri; County of St. Clair, Illinois; John Doe, I-VI

Defendants

Daniel Book, in his individual capacity; Joseph Busso, in his individual capacity

Defendants - Appellants

Jason C. Chambers

Defendant

Lance Coats, in his individual capacity; Stephen Dodge, in his individual capacity; Joseph Mader, in his individual capacity; Michael D. Mayo, in his individual capacity; Mark S. Seper, in his individual capacity; William Wethington, in his individual capacity

Defendants - Appellants

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-02498-AGF)
_____

**JUDGMENT**

Before BENTON, SHEPHERD, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

February 02, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans