# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-1830

Sarah K. Molina, et al.

Appellees

v.

City of St. Louis, Missouri, et al.

Daniel Book, in his individual capacity and Joseph Busso, in his individual capacity

Appellants

Jason C. Chambers

Lance Coats, in his individual capacity, et al.

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-02498-AGF)

---

## MANDATE

In accordance with the opinion and judgment of February 2, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 01, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit