# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 18, 2023

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

**FILED**

JUL 2 4 2023

MICHAEL GANS
CLERK OF COURT

> Re:  Sarah K. Molina, et al.
> v. City of St. Louis, Missouri, et al.
> Application No. 23A42
> (Your No. 21-1830)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kavanaugh, who on July 18, 2023, extended the time to and including September 7, 2023.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst

**RECEIVED**

JUL 2 4 2023

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Anthony Edward Rothert
American Civil Liberties Union of MO Foundation
906 Olive Street
Suite 1130
St. Louis, MO 63101


Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125